UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 JAN 25 P 3: 11

| | |
|---|---|
| LUIE O. SOLORZANO<br>Plaintiff<br><br>vs.<br><br>DANN MARINE TOWING LC<br>Defendant | Civil Action No. 05-10146-MLW<br>RECEIPT # 61154<br>AMOUNT $ 150.00<br>SUMMONS ISSUED ✓<br>LOCAL RULE 4.1 —<br>WAIVER FORM —<br>MCF ISSUED —<br>BY DPTY. CLK. MR<br>DATE 1/25/05 |

**PLAINTIFF'S COMPLAINT**

1. The plaintiff is a resident of Miami, within the State of Florida, a seaman bringing this action under the Merchant Marine Act and at the time hereinafter mentioned was a member of the crew of the TUG IVORY COAST.

MAGISTRATE JUDGE JLA

2. The defendant is a foreign corporation doing business in the Commonwealth of Massachusetts, and at the time hereinafter mentioned, owned, operated and controlled the TUG IVORY COAST.

3. The plaintiff at the time hereinafter set forth was in the employ of the defendant.

4. On or about April 17, 2004, the plaintiff while in the performance of his duties as a seaman, was caused to sustain severe personal injuries.

5. The plaintiff's injuries were caused by the negligence of the defendant.

6. The plaintiff's injuries were caused by the defendant's failure to use and maintain a safe and proper place in which to work.

7. The plaintiff's injuries were caused in whole or in part by the negligence of the defendant, its officers, agents or employees in that they failed to use reasonable care to provide safe and sufficient machinery, appliances, appurtenances and equipment.

8. The plaintiff's injuries were caused by the negligence of the defendant in other respects as may appear at the trial.

9. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work, all to his damage.

## SECOND CAUSE OF ACTION

10. The plaintiff is a resident of Miami, within the State of Florida, a seaman, and at the time hereinafter mentioned was a member of the crew of the TUG IVORY COAST.

11. The defendant, is a foreign corporation doing business in the Commonwealth of Massachusetts, and at the time hereinafter mentioned owned, operated and controlled the TUG IVORY COAST.

12. The plaintiff's injuries were caused by reason of failure of the defendant to provide and maintain seaworthy vessels and/or proper and suitable appliances and equipment. This cause of action herein set forth is known as unseaworthiness under the General Maritime Law.

13. As a result of the foregoing, plaintiff suffered pain and mental anguish, incurred medical expenses, lost a long time from his usual work and will continue to suffer pain and mental anguish, incur medical expenses and lose time from his usual work, all to his damage.

## THIRD CAUSE OF ACTION

14. The plaintiff re-alleges all the facts set forth in the First and Second Causes of Action herein and in addition thereto respectfully alleges:

15. The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure.

16. The plaintiff was injured while in the performance of his duties aboard the said vessel, and the plaintiff under the General Maritime Law is therefore entitled to maintenance and cure for a

reasonable period of his disability.

WHEREFORE, the Plaintiff, Luie O. Solorzano, demands judgment against Defendant, Dann Marine Towing, LC, in a fair, just and reasonable amount as this Honorable Court shall deem just and proper.

PLAINTIFF REQUESTS TRIAL BY JURY

        Respectfully submitted,
        LUIE O. SOLORZANO
        By his attorney,

        Thomas J. Hunt
        BBO# 244680
        THOMAS J. HUNT & ASSOCIATES
        18 North Water Street
        New Bedford, MA  02740
        (508) 994-7300
        (508) 984-0755 Facsimile

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LUIE O. SOLORZANO

## DEFENDANTS
DANN MARINE TOWING LC

FILED
IN CLERKS OFFICE
2005 JAN 25 P 3: 11
U.S. DISTRICT COURT
DISTRICT OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Thomas J. Hunt, Esq. Thomas J. Hunt & Assoc.
18 North Water Street, New Bedford, MA 02740

ATTORNEYS (IF KNOWN)
05 10146 MLW

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff sustained severe personal injuries while working aboard the defendant's vessel on April 17, 2004.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____      DOCKET NUMBER _____

DATE: 1-21-05

SIGNATURE OF ATTORNEY OF RECORD
Thomas J. Hunt

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____