UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LOUIE O. SLARZANO**
                **Plaintiff**

                **CIVIL ACTION**

    V.

                **NO. 05-10146-MLW**

**DANN MARINE TOWING LLC**
                **Defendant**

**ORDER OF DISMISSAL**

**WOLF, D.J.**

    For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on  **JUNE 22, 2005**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

                                                          By the Court,

**August 31, 2005**                                  **/s/ Dennis O'Leary**
    Date                                                   Deputy Clerk

(4mdism.ord - 09/96)                                                                  [odism.]